**D.LAW, INC.**
David Keledjian (SBN 309135)
Enoch J. Kim (SBN 261146)
David Arakelyan (SBN 337076)
Norayr Zakaryan (SBN 356913)
Marta Manus (SBN 260132)
250 N. Madison Avenue, 2nd Floor
Pasadena, CA 91101-1639
Tel.: 818.962.6465; Fax: 818.962.6469
d.yeremian@d.law; d.keledjian@d.law; d.arakelyan@d.law;
e.kim@d.law; n.zakaryan@d.law; m.manus@d.law

Attorneys for Plaintiff ERIC CARDENAS
on behalf of himself and all others similarly situated

[*Additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CARDENAS, on behalf of himself and others similarly situated, and the general public<br><br>Plaintiff,<br><br>vs.<br><br>LOEWS HOLLYWOOD HOTEL, LLC, a Delaware limited liability company; LOEWS HOTELS & CO., a business entity of unknown form; and LOEWS CORPORATION, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | CLASS ACTION<br><br>CASE NO. CV 24-6342-GW-MARx<br><br>**ORDER RE: JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Honorable George H. Wu<br>Courtroom: 9D<br><br>Action filed:  June 21, 2024<br>Trial date:     None set |

[PROPOSED] ORDER RE: JOINT STIPULATION TO REMAND ACTION TO STATE COURT

**GREENBERG TRAURIG, LLP**
Ryan C. Bykerk (SBN 274534)
Joseph M. Dietrich (SBN 328296)
18565 Jamboree Road, Suite 500
Irvine, California 92612
Tel.: 949.732.6500; Fax: 949.732.6501
bykerkr@gtlaw.com; joe.dietrich@gtlaw.com

Attorneys for Defendants, LOEWS HOLLYWOOD
HOTEL, LLC and LOEWS CORPORATION

[PROPOSED] ORDER RE: JOINT STIPULATION TO REMAND ACTION TO STATE
COURT

**ORDER**

Having read and considered the Parties' Joint Stipulation to Remand Action to State Court and good cause hereby appearing therefore, the Court hereby approves the Parties' stipulation and orders:

1.  The above-captioned action, *Eric Cardenas v. Loews Hollywood Hotel, et al*, shall be remanded to the Los Angeles County Superior Court, where the Action was first filed.

**Good cause having been shown, IT IS SO ORDERED.**

Dated: March 16, 2026

_____
HON. GEORGE H. WU,
United States District Judge

1

[PROPOSED] ORDER RE: JOINT STIPULATION TO REMAND ACTION TO STATE COURT